# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| SAMUEL L. WHITT, | ) |
| Petitioner, | ) |
| v. | ) Cause No.: 1:95-CR-33 |
| | ) (1:02-CV-285) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## OPINION AND ORDER

This matter is before the court on the petitioner's motion to proceed on appeal *in forma pauperis*, filed on June 2, 2011 (docket at 211). For the following reasons, the motion is DENIED.

Petitioner Samuel Whitt filed a "Motion to Vacate Judgment Pursuant to Rule 60(b)" on February 14, 2011 (docket at 192). This Court denied that motion in an Opinion and Order issued on April 21, 2011 (docket at 198). Whitt then filed a notice of appeal with the Seventh Circuit Court of Appeals on May 2, 2011, seeking appellate review of this Court's denial of his Rule 60(b) motion and the appeal was docketed in the Seventh Circuit under appeal number 11-2008 (docket at 202). Included in that notice of appeal was Whitt's request to this Court for permission to appeal *in forma pauperis*. The Court denied that request and also declined to issue Whitt a certificate of appealability. Opinion and Order, docket at 203. Whitt then filed yet another notice of appeal, which was docketed in the Seventh Circuit under appeal number 11-2179 (docket at 206). It is that latest appeal, the most recent of several Whitt has filed with the Seventh Circuit, that is the subject of the present request to proceed *in forma pauperis*. However, on May 26, 2011, the Seventh Circuit issued Order explaining to Whitt that this most

recent appeal appears unnecessary. Docket at 207. The Seventh Circuit also explained to petitioner that rather than file yet another appeal, "Fed.R.App.P. 24(a) directs that an appellant should re-file his motion to proceed *in forma pauperis* on appeal in the merits appeal (11-2008); it is not necessary to file a separate appeal." *Id*. Also in that Order, the Seventh Circuit directed Whitt to "file, on or before June 9, 2011, a brief memorandum stating why this appeal should not be dismissed as unnecessary." *Id*.

This Court denied Whitt's request to proceed on appeal *in forma pauperis* and refused to issue a certificate of appealability. As the Seventh Circuit has already explained to petitioner, if he wishes to proceed on appeal *in forma pauperis* in appeal number 11-2008, he must obtain that permission from the court of appeals. Accordingly, Whitt's current motion is DENIED.

## CONCLUSION

For the reasons set forth above, the Motion to Proceed on Appeal *In Forma Pauperis* filed by petitioner Samuel L. Whitt (docket at 211) is DENIED.

Date: June 29, 2011.

    /s/ William C. Lee
    William C. Lee, Judge
    United States District Court
    Northern District of Indiana